# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICKEY BROWN**  **PLAINTIFF**
*Reg. # 27002-510*

v.  **CASE NO. 3:24-CV-00067-BSM**

**CODY LADNER,** *et al*.  **DEFENDANTS**

## ORDER

Rickey Brown's complaint [Doc. No. 1] should have been filed as an amended complaint in *Brown v. Laddner, et al.*, Case No. 3:23-cv-00036-KGB. The clerk is therefore directed to terminate this case and file the document in 3:23-cv-00036-KGB.

IT IS SO ORDERED this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE